UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ///  D.C.
05 MAY -5  AM 6:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, AND JOHN OSWALD, <br> Plaintiffs <br><br> V. <br><br> RICHARD A. BOWER, <br><br> Plaintiff-Intervener <br><br> SHARON HERDRICH, LUIS MORALES, AND TIM WIESE, <br><br> Plaintiff-Interveners <br><br> V. <br><br> FEDERAL EXPRESS CORPORATION, <br><br> Defendant. | Civil Action No. 94-CV-2862 D/A |

**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL**

It is ORDERED that plaintiff, Equal Employment Opportunity Commission's, Motion to Substitute Counsel in this case is GRANTED. Terry Beck, Supervisory Trial Attorney, is substituting for Thomas J. Borek and Deidre L. Smith, Senior Trial Attorney, is substituting for Draga G. Anthony.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-6-05

460

Entered this _____ 4th day of May_____, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 460 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Draga G. Anthony
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT