IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 10 PM 5: 04

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ERNEST O. MCKNATT, and JOHN OSWALD,<br><br>Plaintiffs,<br><br>RICHARD A. BOWER,<br><br>Plaintiff-Intervenor,<br><br>SHARON HERDRICH, LUIS MORALES, And TIM WEISE,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 94-2862 D |

## ORDER ON PLAINTIFF'S MOTION TO ADMIT COUNSEL PRO HAC VICE AND SUBSTITUTE COUNSEL

It is ORDERED that Jennifer Pesek is admitted *pro hac vice* in this case as counsel representing plaintiff-intervenors, Herdrich, Morales and Weise, as substitute for Callan G. Carter.

Entered this 10th day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-14-05

462

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 462 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Honorable Bernice Donald
US DISTRICT COURT