IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD BOWER, et al.,

    Plaintiffs,

v.

    Case No.: 94-2862 D

FEDERAL EXPRESS CORPORATION,

    Defendant.

## ORDER

It appears that the complaint in the above matter was filed October 24, 1994. Accordingly, this case has been pending for more than a decade. This matter is set for a **firm** trial date on February 13, 2006. In order to move the case to resolution, the Court will refer this case to private mediation. The Court proposes to assign the matter to mediator Arnold Perl, (bio attached). Any objections to the reference to mediation in general, or to mediator Arnold Perl, specifically, should be lodged with the court on or before July 31, 2005.

**IT IS SO ORDERED** this 6th day of July, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05



# Biographical Information
## Arnold E. Perl
## Memphis, TN

### Profession

Attorney and a Founder of Young & Perl, PLC, a Memphis based law firm with a national practice in labor and employment law. Mr. Perl also serves as a mediator in both the private and public sector.

### Educational Background

Mr. Perl received his B.A. in 1961 and LLB in 1963 from the University of Illinois where he was a member of the Editorial Board of the Law Review.

### Professional Honors

- Listed in the April 2005 edition of *Business Tennessee* magazine as one of the Top 100 of "Tennessee's Most Powerful People"
- Recipient of the 2004 "Communicator of the Year" Award presented by the Pubic Relations Society of America's Memphis chapter
- Recipient of Memphis Regional Chamber's First "2004 Community Quality of Life Award"
- "Best Lawyers in America" (each edition)
- "International Who's Who of Management Labour & Employment Lawyers" (current ed.)
- Chairman Emeritus of the Labor and Employment Law Section of the Tennessee Bar Association
- One of twenty-five management attorneys selected in 1994 to serve on The National Labor Relations Board Advisory Panel, appointed by NLRB Chairman William Gould
- CCH Labor Law Reports Panel of Experts
- Who's Who, *Memphis Magazine*, Top 100 Influential Leaders (2002 - 2004 ed.)

### Boards of Directors

- Chairman, Memphis-Shelby County Airport Authority
- Chairman Emeritus, Commissioners Committee, Airport Council International (ACI)
- Chairman, New Memphis Arena Public Building Authority
- Secretary and Counsel, Memphis Regional Chamber of Commerce
- Senior Vice-President, Temple Israel, Memphis, TN
- Trustee Emeritus, University of Tennessee

### Media Coverage

Mr. Perl is frequently quoted in the nation's leading newspapers. His remarks have appeared in the *Wall Street Journal* (front page), *USA Today, New York Times, Chicago Tribune,* and Memphis' *Commercial Appeal.* Profiles on Mr. Perl have appeared in the *Commercial Appeal, Memphis Business Journal, Agenda Magazine,* and *The University of Illinois Alumni News.*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 467 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Jennifer Pesek
,

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Honorable Bernice Donald
US DISTRICT COURT