# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.
05 JUL -7 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ERNEST O. MCKNATT and JOHN J. OSWALD, <br><br>Plaintiffs, <br><br>vs. <br><br>RICHARD A. BOWER, <br><br>Plaintiff-Intervener, <br><br>SHARON HERDRICH, LUIS MORALES and TIM WEISE, <br><br>Plaintiff-Interveners, <br><br>FEDERAL EXPRESS CORPORATION, <br><br>Defendant. | Case No. 94-2862 D |

## ORDER OF REFERENCE

Before the Court is Plaintiff Equal Employment Opportunity Commission's Motion to Compel Discovery filed on July 6, 2005, in this case.

This matter is hereby referred to the United States Magistrate Judge for a Determination. Any exceptions to the Magistrate Judge's order shall be made by motion within ten (10) days of the order. Further, all exceptions shall be stated with particularity.

IT IS SO ORDERED this 7th day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 468 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Jennifer Pesek
,

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Honorable Bernice Donald
US DISTRICT COURT