IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 2:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, AND JOHN OSWALD, )
)
)
)
)
Plaintiffs, )
)
RICHARD A. BOWER, )
)
Plaintiff-Intervenor, )
)
SHARON HERDRICH, LUIS MORALES, AND TIM WIESE, )
)
Plaintiff-Intervenors, )
)
v )
)
FEDERAL EXPRESS CORPORATION, )
)
Defendant. )

CIVIL ACTION NO. 94-2862 D

## ORDER

Pursuant to Rules 6 and 16(b) of the Federal Rules of Civil Procedure, and for good cause shown, the Unopposed Motion on Behalf of Defendant Federal Express Corporation to Extend the Deadline for Filing Dispositive Motions is granted. The deadline for filing dispositive motions is October 15, 2005.

Entered this ___18th___ day of August, 2005.

BERNIC B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

# **CERTIFICATE OF SERVICE**

I hereby certify that the Proposed Order the has been forwarded via U.S. Mail, first class, postage prepaid this 17th day of August 2005 to the following:

Terry Beck, Esq.
Deidre Smith, Esq.
Equal Employment Opportunity Comm.
1407 Union Avenue, Suite 620
Memphis, TN 38104

Connie Westbrook, Esq.
2504 Arthur Road
Memphis, TN 38138

Richard Fields, Esq.
The Wright Carriage House
688 Jefferson Avenue
Memphis, TN 38105

J. Kendrick Kresse, Esq.
California Center for Law and the Deaf
14895 E. 14th Street, Suite 220
San Leandro, CA 94578-2926

_____
Colby S. Morgan, Esq.

571156

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 472 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT