IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, AND JOHN OSWALD, ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| RICHARD A. BOWER, ) ) | |
| Plaintiff-Intervenor, ) | |
| SHARON HERDRICH, LUIS MORALES, AND TIM WIESE, ) ) ) | |
| Plaintiff-Intervenors, ) ) | |
| v ) ) | CIVIL ACTION NO. 94-2862 D |
| FEDERAL EXPRESS CORPORATION, ) ) | |
| Defendant. ) | |

## ORDER

Pursuant to Rule 83 of the Federal Rules of Civil Procedure, and for good cause shown, the Joint Motion to Withdraw Plaintiff's Motion to Compel Discovery and Vacate Magistrate's Order Granting Plaintiff's Motion to Compel Discovery is granted. Plaintiff EEOC's Motion to Compel and supporting memorandum entered on July 7, 2005 are withdrawn, and Magistrate Judge Tu M. Pham's Order Granting Plaintiff's Motion to Compel Discovery entered on August 10, 2005 is vacated and set aside as moot.

Entered this 24th day of August, 2005.

BERNIC B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

# CERTIFICATE OF SERVICE

I hereby certify that the **Proposed Order** has been forwarded via U.S. Mail, first class, postage prepaid this 24th day of August 2005 to the following:

Terry Beck, Esq.
Deidre Smith, Esq.
Equal Employment Opportunity Comm.
1407 Union Avenue, Suite 620
Memphis, TN 38104

J. Kendrick Kresse, Esq.
California Center for Law and the Deaf
14895 E. 14th Street, Suite 220
San Leandro, CA 94578-2926

Connie Westbrook, Esq.
2504 Arthur Road
Memphis, TN 38138

Richard Fields, Esq.
The Wright Carriage House
688 Jefferson Avenue
Memphis, TN 38105

Colby S. Morgan, Esq.

571825



# Notice of Distribution

This notice confirms a copy of the document docketed as number 474 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT