FILED BY _____ D.C.

05 SEP -6 PM 2: 22

THOMAS M. GOULD
CLERK OF DISTRICT COURT

**FILED BY**

SEP - 2 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, AND JOHN OSWALD, | ) ) ) ) |
| Plaintiffs, | ) ) |
| RICHARD A. BOWER, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| SHARON HERDRICH, LUIS MORALES, AND TIM WIESE, | ) ) ) |
| Plaintiff-Intervenors, | ) ) |
| v. | ) ) |
| FEDERAL EXPRESS CORPORATION, | ) ) |
| Defendant. | ) |

**MOTION GRANTED**
DATE: 9-6-2005

*[signature]*

**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

CIVIL ACTION NO. 94-2862

## MOTION TO APPEAR AS ATTORNEY *PRO HAC VICE*

Defendant, FEDERAL EXPRESS CORPORATION, moves the Court under Local Rule

83.1(b)(1) to admit Alan Dabdoub as counsel *pro hac vice* for Defendant in the above matter.  In

support of this Motion, Defendant states as follows:

1.      Alan Dabdoub is a senior attorney with Federal Express Corporation, 3620 Hacks

Cross Road, Building B, 3rd Floor, Memphis, TN 38125, (901) 434-8680, (901) 434-9278 (Fax).

2.      Mr. Dabdoub is licensed to practice law in the State of Louisiana, and is an active

member in good standing of the bar of that State.  In addition, Mr. Dabdoub is an active member in

good standing of the United States District Courts for the Middle District, Eastern District and the

This document entered on the docket sheet in compliance
with Rule 58 and _____ 79(a, FRCP on 9/6/05

Western District of Louisiana.  Mr. Dabdoub is admitted to the United States Fifth Circuit Court of Appeals.

3.      Mr. Dabdoub has obtained and is familiar with the local rules of this Court, including the Guidelines of Professional Courtesy and Conduct.

4.      A Certificate of Admission to the Bar of Louisiana, which verifies that Mr. Dabdoub is a member in good standing of the State Bar of Louisiana, is attached as Exhibit A.

**WHEREFORE**, defendant herein, FEDERAL EXPRESS CORPORATION, prays that this Court admit Alan Dabdoub as one of its counsel of record for purposes of this action.

DATE: September 1, 2005.          Respectfully submitted,

FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone: (901) 434-8545

By: _____
Colby S. Morgan (TN # 005556)

## CERTIFICATION

I, Alan Dabdoub, have obtained an am familiar with the local rules of this Court, including the Guidelines of Professional Courtesy and Conduct

_____
Alan Dabdoub

## CERTIFICATE OF SERVICE

I hereby certify that the **Motion To Appear As Attorney *Pro Hac Vice*** has been forwarded via U.S. Mail, first class, postage prepaid this 1st day of September 2005 to the following:

Terry Beck, Esq.
Deidre Smith, Esq.
Equal Employment Opportunity Comm.
1407 Union Avenue, Suite 620
Memphis, TN  38104

J. Kendrick Kresse, Esq.
California Center for Law and the Deaf
14895 E. 14th Street, Suite 220
San Leandro, CA  94578-2926

Connie Westbrook, Esq.
2504 Arthur Road
Memphis, TN  38138

Richard Fields, Esq.
The Wright Carriage House
688 Jefferson Avenue
Memphis, TN  38105

Colby S. Morgan, Esq.

566806

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 476 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Honorable Bernice Donald
US DISTRICT COURT