UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 31  PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF  MEMPHIS

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ERNEST O. MCKNATT and JOHN J. OSWALD, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| RICHARD A. BOWER, ) ) | |
| Plaintiff-Intervener, ) ) | CIVIL ACTION NO. |
| SHARON HERDRICH, LUIS MORALES and TIM WEISE, ) ) ) | 94-2862-D/A |
| Plaintiff-Interveners, ) ) | |
| v. ) ) | |
| FEDERAL EXPRESS CORPORATION, ) ) | |
| Defendant. ) | |

## ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Prodecure, and for good cause shown, Plaintiff Equal Employment Opportunity Commission's Motion to Extend the Deadline for Filing Dispositive Motions is hereby granted. The deadline for filing dispositive motions is November 15, 2005.

Entered this _31_ day of October, 2005

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-2-05_

481

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 481 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT