IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 14 PM 4: 10
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ERNEST O. McKNATT, AND JOHN OSWALD<br><br>Plaintiffs,<br><br>RICHARD A. BOWER,<br><br>Plaintiff-Intervener,<br><br>SHARON HERDRICH, LUIS MORALES, AND TIM WIESE<br><br>Plaintiff-Interveners<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.<br>94-2862 D/A |

## ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITATION

This matter is before the Court on the Joint Motion to Exceed Page Limitation on behalf of Defendant Federal Express Corporation and Plaintiff Intervener Richard A. Bower with respect to Defendant's memorandum in support motion for summary judgment and Plaintiff Intervener's response to the motion, and the Court having considered the Joint Motion is of the opinion that it is well taken and should be granted.

IT IS SO ORDERED this /4 day of November, 2005.

Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 483 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT