# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 14  AM 6:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| RICHARD A. BOWER, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ERNEST O. MCKNATT and JOHN J. OSWALD, <br><br> Plaintiffs, <br><br> RICHARD A. BOWER, <br><br> Plaintiff-Intervener, <br><br> SHARON HERDRICH, LUIS MORALES and TIM WEISE, <br><br> Plaintiff-Interveners, <br><br> v. <br><br> FEDERAL EXPRESS CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 94-2862-D/A |

## ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and for good cause shown, the Parties Joint Motion to Extend the Deadline for Filing the Joint Pre-Trial Order and Vacating the Pre-Trial Conference is hereby granted. The deadline for filing the Joint Pre-Trial Order is January 9, 2005. The pre-trial Conference is vacated. The Parties will receive notice of the setting of the Pre-Trial Conference.

Entered this ___13___ day of December, 2005

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12/15/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 493 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Bernice Donald
US DISTRICT COURT