IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD A. BOWER, EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION AND JOHN OSWALD

    Plaintiffs,

RICHARD A. BOWER,

    Plaintiff-Intervenor,

SHARON HERDRICH, LUIS
MORALES AND TIM WIESE,

    Plaintiff-Intervenors,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

Civil Action No. 94-CV-2862D/A
JURY DEMANDED

### ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiff Richard A. Bower's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment.

For good cause shown, the Court finds that the Motion should be granted. Plaintiff Bower is given until Thursday, December 22, 2005, to respond to Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 495 in case 2:94-CV-02862 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Callan G. Carter
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Jennifer Pesek
14895 East 14th Street Suite 220
San Leandro, CA 94578--292

J. Kendrick Kresse
CALIFORNIA CENTER FOR LAW AND THE DEAF
14895 East 14th St.
Ste. 220
San Leandro, CA 94578--292

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Connie Westbrook
LAW OFFICE OF CONNIE WESTBROOK
2504 Arthur Rd.
Germantown, TN 38138

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Todd M. Saranecki
KAPLAN BEGY & VON OHLEN
120 North La Salle Street
Chicago, IL 60602

Colby S. Morgan
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT